UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>        Plaintiff,<br><br>    v.<br><br>D. WISE, et al.,<br><br>        Defendants. | No.  2: 19-cv-0974 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's unopposed motion for an extension of time to file a motion to compel.  (ECF No. 60.)

In the motion for extension of time, plaintiff alleges that his motion to compel was due to be served on October 26, 2020.  (Id. at 1; see also ECF No. 45.)  Plaintiff requests until November 9, 2020, to file a motion to compel.  (Id.)  Pursuant to the mailbox rule, plaintiff filed a motion to compel on November 5, 2020.  (ECF No. 64.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file a motion to compel (ECF No. 60) is granted;

////

////

1

2. Plaintiff's motion to compel (ECF No. 64) is deemed timely filed; defendants shall file a response to plaintiff's motion to compel (ECF No. 64) within twenty-one days of the date of this order.

Dated:  December 3, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wit974.eot(c)