UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Witkin,<br><br>                        Plaintiff,<br><br>    v.<br><br>D. Wise, et al.,<br><br>                       Defendants. | No. 2:19-cv-0974-KJM-KJN-P<br><br>ORDER |

      Plaintiff Michael Witkin, a state prisoner proceeding pro se, moves for reconsideration of this court's order adopting the Magistrate Judge's findings and recommendations and granting summary judgment in part. *See* Order, ECF No. 65; Mot. Recons., ECF No. 68. Mr. Witkin also requests that the court amend its order under Rule 52(b). Mot. Am., ECF No. 69. The court construes these motions as a single request to reconsider under the court's inherent authority and Federal Rule of Civil Procedure 54(b). *See City of Los Angeles v. Santa Monica BayKeeper*, 254 F.3d 882, 886 (9th Cir. 2001); *Cachil Dehe Band of Wintun Indians of Colusa Indian Cmty. v. California*, 649 F. Supp. 2d 1063, 1069 (E.D. Cal. 2009). Reconsideration is appropriate if there has been an intervening change in controlling law, new evidence has become available, or it is necessary to correct clear error or prevent manifest injustice. *Cachil Dehe Band*, 649 F. Supp. 2d at 1069.

/////

1

1    Mr. Witkin argues reconsideration is necessary to correct clear error, but he has not
2 identified clear error.  First, contrary to the arguments in his current motion, *see* Mot. Recons. at
3 2–3, the record shows he did not appeal the grievance in question beyond the second level after it
4 was reinstated and again denied.  *See* Petty Decl. ¶ 20 & Ex. L, ECF No. 31-5; Mosely Decl. ¶ 15
5 & Ex. G, ECF No. 31-4.  Second, controlling precedent forecloses his argument that he was not
6 required to pursue the reinstated grievance through the third level of review.  *See Jackson v.*
7 *Fong*, 870 F.3d 928, 933 (9th Cir. 2017) (citing *Harvey v. Jordan*, 605 F.3d 681, 683 (9th Cir.
8 2010)).  And third, the record shows administrative relief remained "available" to him under *Ross*
9 *v. Blake*, 136 S. Ct. 1850 (2016), because he succeeded in reinstating the disputed grievance.
10    The motions for reconsideration and to amend are **denied**.  No similar motions will be
11 considered in the future.
12    This order resolves ECF Nos. 68 and 69.
13    IT IS SO ORDERED.
14 DATED: January 11, 2021.

CHIEF UNITED STATES DISTRICT JUDGE