UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WITKIN,

      Plaintiff,

  v.

D. WISE, et al.,

      Defendants.

No.  2:19-cv-0974 KJM KJN P

ORDER

     Plaintiff filed a motion for extension of time to file a reply to defendants' opposition to plaintiff's motion to compel.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 87) is granted; and

    2.  Plaintiff's reply (ECF No. 88) is deemed timely filed.

Dated:  June 17, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

witk0974.36