IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WITKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**D. WISE, et al.,**<br><br>Defendants. | Case No. 2:19-cv-00974-KJM-KJN (PC)<br><br>**ORDER** |

Defendants have requested permission to file a consolidated response to Plaintiff's cross-motion for summary judgment (ECF No. 94) and Plaintiff's opposition to Defendants' motion for summary judgment (ECF No. 99).

Good cause having been shown, the request (ECF No. 105) is hereby GRANTED. Defendants may file a consolidated response to Plaintiff's pending cross-motion for summary judgment and his opposition to Defendants' motion for summary judgment. In accordance with previous orders, defendants' consolidated response is due on or before October 18, 2021.

Dated:  September 24, 2021

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wit974.con

1

[Proposed] Order (2:19-cv-00974-KJM-KJN)