UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>D. WISE, et al.,<br><br>    Defendants. | No.  2:19-cv-0974 KJM KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the February 8, 2022, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 113) is granted; and

2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the findings and recommendations.

Dated:  March 4, 2022

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

witk0974.36